IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARK E. ALLEN | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| SUPERINTENDENT BRIAN COLEMAN, et al. | : | NO. 09-145 |

ORDER

AND NOW, this 9th day of November, 2009, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the petition of Mark E. Allen for a writ of habeas corpus is DENIED with prejudice; and

(2) no certificate of appealability will issue.

BY THE COURT:

/s/ Harvey Bartle III
C.J.